IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **RENARD TUCKER,** (AIS #173684) | : |
| Plaintiff, | : |
| vs. | : CIVIL ACTION 15-0014-CG-N |
| **OFFICER GLOVER,** *et al.* | : |
| Defendants. | : |

## ORDER

After due and proper consideration of all portions of this file deemed relevant to the issue raised, and there having been no objections filed, the Recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(B) is **ADOPTED** as the opinion of this Court.   It is **ORDERED** that Defendants', Sherman Glover, Willie Harris, and Ramona Garrick, motion for summary judgment is **GRANTED** and the claims presented by the Plaintiff Renard Tucker are **DISMISSED** with prejudice.

**DONE and ORDERED** this 11th day of February, 2016.

/s/   Callie V. S. Granade
UNITED STATES DISTRICT JUDGE