## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ALABAMA
## SOUTHERN DIVISION

| | | |
|---|---|---|
| **RENARD TUCKER,** | : | |
| **(AIS #173684)** | : | |
| | : | |
| **Plaintiff,** | : | |
| | : | |
| **vs.** | : | **CIVIL ACTION 15-0014-CG-N** |
| | : | |
| **OFFICER GLOVER,** *et al.* | : | |
| | : | |
| **Defendants.** | : | |

## JUDGMENT

It is **ORDERED**, **ADJUDGED**, and **DECREED** that Plaintiff Renard Tucker recover nothing and the claims made against Defendants Sherman Glover, Willie Harris, and Ramona Garrick are hereby **DISMISSED** with prejudice.

**DONE and ORDERED** this 11th day of February, 2016.

/s/   Callie V. S. Granade
UNITED STATES DISTRICT JUDGE